BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMON GERRARDO ARMENTA<br><br>    Defendant. | 2:12-MJ-0043 KJN<br><br>**STIPULATION CONTINUING ARRAIGNMENT; ORDER** |

    The parties request that the arraignment in this case, presently scheduled for February 29, 2012, be continued to March 6, 2012, at 2:00 p.m.  The case has been indicted (although the indictment is presently still under seal) so no preliminary hearing will be necessary.  The continuance is requested to see if an early disposition of the case is possible and to accommodate defense counsel's schedule.

Dated: February 27, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney


                                    By:     /s/ Richard J. Bender
                                            RICHARD J. BENDER
                                            Assistant U.S. Attorney


Dated: February 27, 2012

                                            /s/ Kirk W. McAllister (by RJB)
                                            KIRK W. McALLISTER
                                            Attorney for the Defendant

[Stipulation/Order continuing arraignment to March 6, 2012 in 2:12-MJ-0043 KJN]

ORDER

It is so ORDERED,

this __28th__ day of February, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE